IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01173-ZLW-PAC

PATRICK O'BOYLE,

        Applicant,

v.

JOSEPH ORTIZ, and
THE ATTORNEY GENERAL OF THE STATE OR COLORADO,

        Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

        This Court, in the above entitled proceedings, has rendered an Order denying applicant's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the case. The Court has reviewed the record which conclusively shows that applicant is entitled to no relief. The reasons stated in the Order and Judgment of Dismissal filed April 12, 2006, are incorporated herein by reference as though fully set forth.  Accordingly, the Court finds that a certificate of appealability should not issue because applicant has not made a substantial showing of the denial of a constitutional right.  It is, therefore,

        ORDERED that no certificate of appealability will issue.  It is

        FURTHER ORDERED that applicant's "Motion for Unlimmted [sic] Extension of Time, and also to be sent an Application for Certificate of Appealability and copy of U.S. 10th Circuit Rules" is denied as moot.

        DATED at Denver, Colorado this   15   day of  May , 2006.

                              BY THE COURT:

                              *[signature]*

                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court